USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
United States of America,

   -against-                            16-CR-585-01(LAK)

JULIO ANTONIO CASTRO ROCA
(Reg. No. 72502-511)
        Defendant.
------------------------------x

## Bail Order

LEWIS A. KAPLAN, *District Judge.*

      At the request of the U.S. Marshals Service for a bail determination, it is the ORDER of this Court that the defendant was released R.O.R. for the duration of the court proceedings this morning

      SO ORDERED:

Dated:     April 10, 2025

                                                              _____
                                                             Lewis A. Kaplan
                                                   United States District Judge